HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-CR-00098-JLT-SKO |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| IFEANYI EMMANUEL UGWU, | ) ) | **REQUEST TO SEAL** |
| *Defendant,* | ) ) ) | **SEALED** |

      Defendant Ifeanyi Emmanuel Ugwu, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

      On May 15, 2025, an Indictment was filed under seal charging Mr. Ugwu with operation of an unlicensed money transmitting business in violation of 18 U.S.C. § 1960. Counsel is needed in advance to facilitate his initial appearance.

      Mr. Ugwu submits the attached Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit, it is respectfully recommended that counsel David Torres be appointed *nunc pro tunc* as of June 11, 2025, and that the Application, Order and Financial Affidavit be **SEALED**.

DATED: June 11, 2025                     */s/ Peggy Sasso*
                                                     PEGGY SASSO
                                                     First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel David Torres be promptly appointed *nunc pro tunc* as of June 11, 2025, pursuant to 18 U.S.C. § 3006A, and that the Application, Order and Financial Affidavit be **SEALED**.

IT IS SO ORDERED.

Dated:   **June 11, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE