IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IFEANYI EMMANUEL UGWU,<br><br>　　　　　　　　　　Defendant. | CASE NO.  1:25-CR-00098-JLT-SKO<br><br>ORDER TO UNSEAL REDACTED INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that indictment in this case be unsealed and be made public record.

IT IS SO ORDERED.

Dated:  **June 13, 2025**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge