1  ERIC GRANT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO. 1:25-CR-00098-JLT-SKO

12                         Plaintiff,         JOINT STATUS REPORT AND STIPULATION
                                              AND ORDER REGARDING EXCLUDABLE TIME
13             v.                             PERIODS UNDER SPEEDY TRIAL ACT

14  IFEANYI EMMANUEL UGWU,                    DATE: October 15, 2025
                                              TIME: 1:00 p.m.
15                         Defendant.         COURT: Hon. Sheila K. Oberto

16

17                                  **STIPULATION**

18       1.       This case set for a first status conference on October 15, 2025. As set forth below, the

19  parties now move, by stipulation, to grant the parties a second conference on February 4, 2026,, and to

20  exclude the time period between October 15, 2025 and February 4, 2026, under the Speedy Trial Act.

21       2.       If the Court believes it is appropriate to set jury trial in this matter, the parties stipulate

22  and request that the Court set the matter for jury trial beginning on April 7, 2026 for a 3-5 day trial. The

23  parties do believe that, given the voluminous discovery and complex nature of the case, a second status

24  conference is appropriate in this case. The parties are hopeful they can resolve the case prior to the next

25  status conference.

26                                  **STIPULATION**

27       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

28  through defendant's counsel of record, hereby stipulate as follows:

    STIPULATION; ORDER                          1

1      3.      By previous order, this matter was set for status conference on October 15, 2025.  By this

2  stipulation, defendant now moves to continue the status conference until February 4, 2026,, and to

3  exclude time between October 15, 2025, and February 4, 2026,, under Local Code T4.

4      4.      If the Court believes it is appropriate to set jury trial in this matter, the parties stipulate

5  and request that the Court set the matter for jury trial beginning on April 7, 2026  for a 3-5 day trial.

6      5.      The parties agree and stipulate, and request that the Court find the following:

7          a)      The government has represented that the discovery associated with this case

8      includes substantial volumes of financial records, witness interviews, computer forensic

9      evidence, and other evidence.  This case involved a three-year financial investigation that

10      included significant international financial activity.  In total, discovery in this case comprises

11      more than 20,000 pages of documents and records.  In addition, there is substantial computer

12      forensic evidence.  All of this discovery has been either produced directly to counsel and/or

13      made available for inspection and copying.

14          b)      Counsel for defendant desires additional time to consult with his/her client,

15      review the charges, conduct investigation and research, review discovery and discuss potential

16      resolution of the case.

17          c)      Counsel for defendant believes that failure to grant the above-requested

18      continuance would deny him/her the reasonable time necessary for effective preparation, taking

19      into account the exercise of due diligence.

20          d)      The government does not object to the continuance.

21          e)      Based on the above-stated findings, the ends of justice served by continuing the

22      case as requested outweigh the interest of the public and the defendant in a trial within the

23      original date prescribed by the Speedy Trial Act.

24          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

25      et seq., within which trial must commence, the time period of October 15, 2025 to February 4,

26      2026, or to April 7, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

27      B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's

28      request on the basis of the Court's finding that the ends of justice served by taking such action

STIPULATION; ORDER                                    2

1    outweigh the best interest of the public and the defendant in a speedy trial.

2        6.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5        IT IS SO STIPULATED.

6

7    Dated:  September 30, 2025                    ERIC GRANT
                                                   United States Attorney

8

9                                                  /s/ JEFFREY A. SPIVAK
                                                   JEFFREY A. SPIVAK
                                                   Assistant United States Attorney

10

11   Dated:  September 30, 2025                    /s/ David Torres
                                                   David Torres
12                                                 Counsel for Defendant

13

14                                        **ORDER**

15       The Court sets a jury trial in this matter to begin on April 7, 2026, before the Hon. Jennifer L.

16   Thurston, U.S. District Judge. Time is excluded through April 7, 2026, pursuant to 18 U.S.C.§

17   3161(h)(7)(A), B(iv).

18       The status conference is continued from October 15, 2025 to February 4, 2026, at 1:00 p.m. in

19   Courtroom 8 before Magistrate Judge Sheila K. Oberto. Should the parties determine that a status

20   conference is not necessary, they may file a stipulation to remove the matter from calendar.

21

22   IT IS SO ORDERED.

23   Dated:   **October 1, 2025**                  /s/ *Sheila K. Oberto*

24                                                 UNITED STATES MAGISTRATE JUDGE

25

26

27

28

STIPULATION; ORDER                        3