ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00098-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| IFEANYI EMMANUEL UGWU, | |
| Defendant. | |

The parties stipulate as follows:

1.    A federal grand jury filed and indictment on May 15, 2025, charging the defendant with one count of Operation of an Unlicensed Money Transmitting Business in violation of 18 U.S.C. § 1960. The defendant had his initial appearance and was ordered released on conditions. Presently, a status conference is set for February 4, 2026, with time excluded to that date.

2.    The Government produced initial discovery on June 17, 2025.

3.    On November 5, 2025, the Government extended a plea offer to defense with an expiration date of January 16, 2026. The parties met and conferred regarding the plea offer and the Government agreed to extend the plea offer to February 27, 2026.

4.    Accordingly, the parties also met and conferred and agreed to continue the February 4, 2026, status conference to March 18, 2026, to further provide defense counsel with time necessary for

1

defense preparation and investigation, discovery review, and potential plea negotiations.

5.    The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from February 4, 2026, through March 18, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  February 2, 2026                          ERIC GRANT
                                                  United States Attorney


                                                  */s/ Cody Chapple*
                                                  Cody Chapple
                                                  Assistant United States Attorney


Dated:  February 2, 2026                          */s/ David Torres*
                                                  David A. Torres
                                                  Law Office of David Torres
                                                  Counsel for IFEANYI EMMANUEL
                                                  UGWU

2

**ORDER**

Pursuant to the Minute Order, (Doc. 22), issued on January 26, 2026, counsel were "directed to meet and confer and select a mutually agreeable trial date to be discussed at the next hearing date." The Minute Order further states that the parties "may stipulate: (1) to the trial date, or (2) to set the matter for a change of plea hearing before District Judge Thurston, with an appropriate exclusion of time," and that any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that "a Plea Agreement has been filed."

The parties have neither selected a trial date nor filed a signed plea agreement. Accordingly, the parties' stipulation for a continuance of the status conference is DENIED.

The parties shall be prepared to select a mutually agreeable trial date at the February 4, 2026, status conference.

IT IS SO ORDERED.

Dated:    **February 2, 2026**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE