**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: Dtorres@lawtorres.com

Attorney for:
IFEANYI UGWU

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:25-cr-00098-JLT-SKO |
| | ) |
| Plaintiff, | ) |
| | ) **DEFENDANTS REQUEST AND WAIVER** |
| | ) **OF APPEARANCE** |
| vs. | ) |
| | ) |
| IFEANYI UGWU, | ) |
| | ) |
| Defendant, | ) |

Defendant, IFEANYI UGWU, hereby waives his appearance in person in open court upon the status conference set for Wednesday, February 4, 2026, of the above-entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, David A. Torres.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 02/03/2026                              */s/Ifeanyi Ugwu*
                                                        IFEANYI UGWU


Date: 02/03/2026                              */s/David A. Torres*
                                                        DAVID A. TORRES
                                                        Attorney for Defendant

Defendants Request and Waiver of Appearance - 1

## ORDER

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant INFEANYI UGWU is hereby excused from appearing at this court hearing scheduled for Wednesday, February 4, 2026.

IT IS SO ORDERED.

DATED: 2/3/2026                                        *Sheila K. Oberto*

U.S. Magistrate Judge, Sheila K. Oberto

Defendants Request and Waiver of Appearance - 2