**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
IFEANYI EMMANUEL UGWU

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IFEANYI EMMANUEL UGWU,<br>Defendants. | Case No.: 1:25-CR-00098 JLT-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE HONORABLE JENNIFER L. THURSTON, THE CLERK OF THE UNITED STATES DISTRICT COURT, AND CODY CHAPPLE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, IFEANYI EMMANUEL UGWU by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, September 21, 2026, be continued to Monday, October 5, 2026 at 9:00 a.m.

Counsel has retained a videographer to prepare a video which captures statements about Mr. Ugwu from various family members. Unfortunately, the video will not be prepared in time for sentencing. Moreover, there are several other documents that have not yet arrived which are mitigating in nature. As such, the defense respectfully requests one final continuance to Monday, October 5, 2026.

I have communicated with AUSA Cody Chapple and he has no objection to continuing the sentencing.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 15, 2026

***/s/ David A Torres***
DAVID A. TORRES
Attorney for Defendant
IFEANYI EMMANUEL UGWU

DATED: September 15, 2026

***/s/ Cody Chapple***
Cody Chapple
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday, September 21, 2026, be continued to Monday, October 5, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE