**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
IFEANYI EMMANUEL UGWU

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IFEANYI EMMANUEL UGWU

Defendants.

Case No. 1:25-CR-00098 JLT-SAB

**MOTION TO TERMINATE CJA APPOINTMENT OF IFEANYI EMMANUEL UGWU AS ATTONEY OF RECORD AND ORDER**

On June 13, 2025, Defendant Ifeanyi Emmanuel UGWU was arraigned on federal charges. CJA Pannel Attorney David A. Torres was appointed as trial counsel to represent Mr. Ugwu on June 11, 2025 in his criminal case. Mr. Ugwu was sentenced pursuant to a plea agreement on October 5, 2026. Mr. Ugwu was out of custody at the time of sentencing. He is ordered to surrender on January 4, 2027. The phase of Mr. Ugwu's criminal case, therefore, come to an end. Having completed his representation of Mr. Ugwu, CJA attorney David A. Torres now moves to terminate his appointment under the Criminal Justice Act.

Dated: October 21, 2026

Respectfully Submitted,

***/s/ David A Torres***
DAVID A. TORRES
Attorney for Defendant
Ifeanyi Emmauel Ugwu

**ORDER**

Having reviewed the Notice and found that Attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defends counsel in this matter.

IT IS SO ORDERED.

Dated: _October 21, 2026_

UNITED STATES DISTRICT JUDGE